## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### U.S. Probation Office

**C. Patrick Crowley**
Chief U.S. Probation Officer

U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-469-2579

Reply To: Columbus



U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

December 4, 2009

The Honorable James L. Graham
United States District Court Judge
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

      **RE:**     **JOHNSON, Shannon**
                 **2:02CR150**
                 **REQUEST FOR WRIT OF HABEUS CORPUS**

Dear Judge Graham:

On January 31, 2003, Shannon Johnson appeared before Your Honor for sentencing after previously entering guilty pleas to Mail Fraud, in violation of 18 U.S.C. §1341 and Possession of Stolen Mail, in violation of 18 U.S.C. §§1708 and 2. She was sentenced to five (5) months imprisonment on each count to be served concurrently to be followed by a 3 year term of supervised release. The following special conditions were imposed:

1. The defendant shall serve five (5) months of home confinement;
2. The defendant participate in and complete a program of educational and vocational training as directed by the probation officer; and
3. The defendant shall make restitution to the victim of this offense.

On June 08, 2006, a 12C Petition was submitted to the Court requesting a warrant be issued by Your Honor based on alleged violations of her term of supervised release. A warrant was issued by Your Honor on June 13, 2006.

On July 13, 2006, a Supervised Release Violation Report was submitted to the Court outlining the alleged violations. The violations included Ms. Johnson's conviction for Illegal Conveyance on Detention Facilty (F3) in the Gallia County Common Pleas Court, case #05CR234. On May 31, 2006, Ms. Johnson was sentenced to the Ohio Reformatory for Women for a period of four (4) years.
On June 02, 2006, Ms. Johnson was admitted to the Ohio Reformatory for Women located at 1479 Collins Avenue, Marysville, Ohio, 43040, under inmate number W064553. Her scheduled release date is May 18, 2010.

It is respectfully requested a writ of habeus corpus be completed in order for the offender to be returned to Federal custody to address the violations.

Respectfully submitted:

Lyman L. Brown, Jr.
U.S. Probation Officer

Reviewed and approved:

Robert A. Taylor, Sr.
Supervising U.S. Probation Officer